UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD G. HUMPHRIES,

        Plaintiff,

v.

JACOB WARD, *et al.*,

        Defendants.

Case No. C17-1397-RAJ

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's complaint (Dkt. 6) and this action are DISMISSED with prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to state any claim upon which relief may be granted; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 2nd day of May, 2018.

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1